MANHEIM, Respondent, v. SEITZ, Appellant. (Supreme Court, Appellate Division, Second Department. October 11, 1898.) Action by Julius Manheim against Michael Seitz. No opinion. Motion for reargument granted.

MARDEN, Respondent, v. MARDEN, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1898.) Action by George S. Marden against Julia M. Marden. R. H. Griffin, for appellant. J. W. Brainsby, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 50 N. Y. Supp. 1002.

MARTIN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 29, 1898.) Action by Patrick Martin against Nassau Electric Railroad Company. No opinion. Order affirmed on argument, with costs, and with leave to the appellant to renew application.

MAYER et al., Appellants, v. FRIEDMAN, Respondent. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by David Mayer and others against William Friedman (sued herein as John Doe, the name John Doe being fictitious). No opinion. Motion for leave to appeal to the appellate division denied.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re TWELFTH WARD PARK. (Supreme Court, Appellate Division, First Department. October 14, 1898.) In the matter of the mayor, etc., of the city of New York, and in the matter of the Twelfth Ward park. No opinion. Motion granted.

METZGER, Respondent. v. KAHN, Appellant. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Action by Emmanuel Metzger against Samuel Kahn. No opinion. Judgment affirmed, with costs.

MEYERROSE, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 3, 1898.) Action by Joseph Meyerrose against the Brooklyn Heights Railroad Company. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, unless within 20 days plaintiff stipulates to reduce recovery of damages to $3,500, and extra allowance proportionately. In case of such stipulation, the judgment, as modified, is unanimously affirmed, without costs of this appeal to either party.

MOODY, Appellant, v. WATERS, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 7, 1898.) Action by Charles P. Moody against John Waters. No opinion. Judgment affirmed, with costs.